IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-po-00031-JDR |
|---|---|
| Plaintiff, | ) **ORDER GRANTING MOTION TO DISMISS** |
| vs. | ) |
| ROBERT ALESSI, | ) |
| Defendant. | ) |

Having duly considered the United States' motion [3] to dismiss violation without prejudice, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: October 10, 2013        /s/ JOHN D. ROBERTS
                               JOHN D. ROBERTS
                               U.S. MAGISTRATE COURT JUDGE